JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN, et al.,<br>　　Plaintiffs,<br><br>　　　　v.<br><br>NEWIRTH, LLC, et al.,<br>　　Defendants. | 2:24-cv-08514-DSF-MARx<br><br>JUDGMENT |

　　The Court having granted Plaintiffs' motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiffs and against Defendants Newirth, LLC and Will Dreamly Entertainment, LLC in the amount of $47,713.42, consisting of $27,250.00 in unpaid contributions, $10,231.71 in interest, and $10,231.71 in liquidated damages.  Attorney's fees and costs are to be sought in a post-judgment motion.  Post-judgment interest is to accrue in accordance with 28 U.S.C. § 1961 from the date of entry of judgment.

Date:  April 4, 2025

_____
Dale S. Fischer
United States District Judge